FEZON S. SHANNON, Respondent, v. HEYWARD H. SHANNON, Appellant.— Motion granted to the extent that the checks and check stubs need not be printed, the original exhibits to be submitted upon the argument of the appeal; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SOUTH OZONE PARK LUMBER AND SUPPLY CORPORATION, Respondent, v. ROCKFIELD DEVELOPMENT CORPORATION, Appellant, and GELLER HOLDING CORPORATION and Another, Defendants.— Motion for stay pending appeal granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

EMANUEL A. STERN, Sometimes Known as EMANUEL STERN, Appellant, v. KARPF & HAHN REALTY CORPORATION, Respondent. FREDERICK W. KLEIN and Others, Defendants.— Motion to dismiss appeal as against defendant Karpf & Hahn Realty Corporation granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HANNAH SULLIVAN, as Receiver of the Property, Assets, Rights and Effects of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defendant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion to dismiss appeal denied. Motion to consolidate appeal from order appointing receiver with appeal from interlocutory judgment granted. Both appeals are directed to be argued together. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HANNAH SULLIVAN, as Receiver of the Property, Assets, Rights and Effects of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defendant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion for stay granted upon condition that defendant stipulate to make no sales of plots on an installment basis pending the hearing and determination of this appeal, that no salaries shall be paid out of the proceeds of any sales of plots, and that defendant, within five days from the entry of the order herein, furnish a bond, with corporate surety, in the sum of $100,000 to cover any loss or damage which respondent may suffer in the event that the appeal be unsuccessful; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

G. ALBERT THOMPSON and H. AUSTIN THOMPSON, Respondents, v. ROY W. HEBARD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BEULA VAN BLARCOM, Respondent, v. CLIFFORD A. STORM, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.